| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>Acting United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | NIKHIL BHAGAT (CABN 279892)<br>Assistant United States Attorney |



FILED
FEB 07 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6982
FAX: (415) 436-7234
nikhil.bhagat@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO VAZQUEZ, JR.,<br><br>Defendant. | CASE NO. 4:18-70140-MAG<br><br>UNITED STATES' MOTION TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT AND [P~~ROPOSE~~D] ORDER |

The United States of America hereby moves the Court for an order unsealing the docket and all documents heretofore filed in the above-captioned case.

The Court previously sealed the criminal complaint, arrest warrant, and related documents at the request of the United States. The defendant was recently arrested in the Eastern District of California.

Pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure, the government anticipates that the defendant will make his initial appearance before a United States Magistrate Judge in the Eastern District of California on February 7, 2018 at 2:00 p.m.

Because the defendant has been arrested, the law enforcement-related reasons set forth in the government's motion to seal no longer exist. Moreover, an unsealed record would facilitate the Rule 5

MOTION TO UNSEAL & [PROPOSED] ORDER

hearing and any further proceedings in the Eastern District of California. For these reasons, and in the interests of justice, the United States respectfully requests that the Court unseal the docket and all documents heretofore filed in this case.

DATED: February 6, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

_____
NIKHIL BHAGAT
Assistant United States Attorney

### [PROPOSED] ORDER

Upon the motion of the United States, and for good cause shown, the Clerk of the Court is hereby **ORDERED** to unseal the docket and all documents heretofore filed in the above-captioned action.

**IT IS SO ORDERED** this ___7th___ day of February, 2018.

_____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

MOTION TO UNSEAL & [PROPOSED] ORDER